IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GARY LEE HAMM, II,

      Appellant,

v.                                                            Case No.  5D22-511
                                                             LT Case No. 2020-CF-003013-A-X

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 30, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Betty
Wyatt, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

In this <u>Anders</u>[1] appeal, we affirm the judgment and sentence imposed by the trial court following a jury trial. However, we remand for entry of an amended cost/fees order that shows the assessment of $100.00 (not $150.00) for the costs of prosecution consistent with the court's oral pronouncement.

AFFIRMED; REMANDED for correction of scrivener's error.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).